# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2013

### NO. 03-12-00334-CV

**Sylva Engineering Corporation, Appellant**

**v.**

**Hasan Giray Kaya, Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
### AFFIRMED IN PART; REVERSED AND DISMISSED IN PART –
### OPINION BY JUSTICE FIELD

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's order **EXCEPT** for the portion of the district court's order denying appellant's motion to dismiss appellee's claim that appellant negligently designed portions of State Highway 45 to be almost flat. **IT IS THEREFORE** considered, adjudged and ordered that the portion of the district court's order denying appellant's motion to dismiss as to appellee's claim that appellant negligently designed portions of State Highway 45 to be almost flat is reversed, and judgment is rendered dismissing that claim. However, we affirm the district court's order denying appellee's motion to dismiss in all other respects. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below; and that this decision be certified below for observance.